517 F.2d 936
 Evelyn DUTIL, Administratrix of the Estate of Raymond Dutil,
Plaintiff-Appellant,
v.
Marlin M. MAYETTE, Defendant-Appellee.
 No. 1089, Docket 75-7149.
 United States Court of Appeals,
Second Circuit.
 Argued June 4, 1975.
Decided June 4, 1975.
 
 Robert D. Rachlin, St. Johnsbury, Vt., for plaintiff-appellant.
 John M. Dinse, Burlington, Vt., for defendant-appellee.
 Before KAUFMAN, Chief Judge, and SMITH and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for the reasons stated in Chief Judge Holden's opinions below, D.C., 395 F.Supp. 922 and in Weinstein v. Medical Center, etc., of Vermont, Inc., 358 F.Supp. 297 (D.Vt.1972).